

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2014

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

# O R D E R

The court reporter's record was originally due to be filed on November 7, 2014. On November 20, 2014, court reporter Bob Hogan filed a request for extension of time, seeking an additional thirty days to file the record. Mr. Hogan's request is hereby GRANTED. The reporter's record is due on December 8, 2014.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court